CR 05-383

| | | |
|---|---|---|
| **David Hisashima/HID/09/USCOURTS**<br>12/19/2005 01:38 PM | To | HIDml_CR Notice Group, LORETTA A. SHEEHAN, Pamela J. Byrne |
| | cc | Shari Afuso/HID/09/USCOURTS@USCOURTS, Theresa Lam/HID/09/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | CR. 05-00383DAE U.S.A. vs. HARVEY DEAN DAMO |

The Final Pretrial Conference is continued from December 19, 2005 to December 27, 2005 @ 10:00 a.m. before the Honorable Kevin S.C. Chang.

The December 27, 2005 date will become moot after new trial and related dates are obtained.


Loretta A. Sheehan, Esq.
Pamela J. Byrne, Esq.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 9 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK