# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00383DAE |
| CASE NAME: | USA v. Harvey Dean Damo |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | Pamela Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/3/2006 | TIME: | 9:30am-10:45am |

COURT ACTION: EP: Motion to Suppress Evidence Under the Fourth and Fifth Amendments.

Defendant present, not in custody.

Government's Witnesses: Officer Brian Prudecio, Officer Robert Hironaka, Special Agent Jeffrey Kearns.

Government's Exhibits Received: 1, 2, 4, 5, 3

Motion to Suppress Evidence Under the Fourth and Fifth Amendments-DENIED.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager