# MINUTES

```
                                    FILED IN THE
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF HAWAII
                                    03/10/2006 4:30 PM
                                    SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00383DAE

**CASE NAME:** USA                       vs. Harvey Dean Damo

**ATTYS FOR PLA:**                       **ATTYS FOR DEF:**
Loretta A. Sheehan                       Pamela J. Byrne

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA          **REPORTER:**

**DATE:** 03/10/2006                      **TIME:**

                                          **ROOM:**

**COURT ACTION:** EO

Jury Selection/Trial to Follow continued from 03/21/2006 09:00:00 AM to 04/25/2006 09:00:00 AM before DAE

Final Pretrial Conference continued from 03/13/2006 10:00:00 AM to 03/28/2006 02:00:00 PM before BMK

Time to be excluded from 3/21/2006 to 4/25/2006.

Stip to be prepared.

Submitted by: Theresa Lam, Courtroom Manager

*Created: 03/10/2006 01:00:36 PM*                        Document: 46836959