EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4523
Chief, Major Crimes

LORETTA SHEEHAN      #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00383 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND |
| v. | ) | TOLLING TIME FROM |
| | ) | COMPUTATION UNDER THE |
| HARVEY DEAN DAMO, | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION AND ORDER CONTINUING TRIAL AND TOLLING
TIME FROM COMPUTATION UNDER THE SPEEDY TRIAL ACT

The United States of America, through Assistant U.S. Attorney Loretta Sheehan, and the defendant, Harvey Dean Damo, through counsel Assistant Federal Public Defender Pamela Byrne, stipulate to continue trial from March 21, 2006 to April 25, 2006.  Counsel for Defendant has requested

a continuance of trial in that she needs additional time to examine the weight of the marijuana seized and the number of marijuana plants which may be attributed to her client.

The Court, in ordering the continuance, finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant in a speedy trial in the failure to grant a continuance would deny counsel for Defendant the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence.  The Court tolls, therefore, the time from March 21, 2006 to and including April 25, 2006 from computation under the Speedy Trial Act.

Trial is continued to from March 21, 2006 at 9:00 a.m. to April 25, 2006 at 9:00 a.m.  The final pretrial is

//
//
//
//
//
//

scheduled for April 3, 2006 at 10:00 a.m. before the Honorable Leslie E. Kobayashi.

       Dated at Honolulu, Hawaii:  March 21, 2006

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                                By /s/ Loretta Sheehan
                                   LORETTA SHEEHAN
                                   Assistant U.S. Attorney


                                  /s/ Pamela J. Byrne
                                PAMELA J. BYRNE
                                Attorney for Defendant


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 23, 2006.

_____
David Alan Ezra
United States District Judge

United States v. Harvey Dean Damo
Cr. No. 05-00383 DAE
Stipulation And Order Continuing Trial And Tolling Time From Computation Under The Speedy Trial Act