# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00383DAE |
| CASE NAME: | USA vs. HARVEY DEAN DAMO |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Pamela J. Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 4/20/2006 | TIME: | 10:08-10:28 |

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant present, not in custody.

Deft sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Court informs Deft of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, etc.

Plea of Guilty as to Counts 1 and 2 of the Indictment entered by the Deft. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to Count of the Indictment set for 1:30 p.m. 10/10/06 before Judge David Alan Ezra.

Defendant's current conditions of release to continue.

Submitted by: Warren N. Nakamura, Courtroom Manager