IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05-00383 DAE |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND NOTICE |
| | ) | OF SENTENCING |
| HARVEY DEAN DAMO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
<u>NOTICE OF SENTENCING</u>

      Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to Counts 1 and 2 of the the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense.  All parties shall appear before this Court for sentencing as directed.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawai`i, May 11, 2006.



_____
David Alan Ezra
United States District Judge

GUILTY.ACP