EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00383 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| HARVEY DEAN DAMO, | ) | |
| | ) | Date:  October 10, 2006 |
| Defendant. | ) | Time:  1:30 P.M. |
| | ) | Judge: David A. Ezra |

STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT

   The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

   DATED:  August 31, 2006, at Honolulu, Hawaii.

            EDWARD H. KUBO, JR.
            United States Attorney
            District of Hawaii


            By /s/ Loretta Sheehan
              LORETTA SHEEHAN
              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF**:

Pamela J. Byrne                               August 31, 2006
pamela_byrne@fd.org

Attorney for Defendant
HARVEY DEAN DAMO


**Served by Hand-Delivery**:

U.S. Probation Office                         August 31, 2006
Attn:  Kevin Teruya
300 Ala Moana Blvd., Room 2-215
Honolulu, Hawaii 96850


       DATED:  August 31, 2006, at Honolulu, Hawaii.


                                              /s/ Iris Tanaka