PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545

Attorney for Defendant
HARVEY DEAN DAMO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00383 DAE |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DRAFT |
| | ) | PRESENTENCE REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| HARVEY DEAN DAMO, | ) | |
| | ) | |
| Defendant. | ) | DATE:  October 10, 2006 |
| | ) | TIME:  1:30 p.m. |
| | ) | JUDGE:  David A. Ezra |

**RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, Harvey Dean Damo, by and through counsel, Pamela J. Byrne, Assistant Federal Defender, respectfully states he has no factual or legal objections to the findings and conclusions of the draft presentence report.

DATED:  Honolulu, Hawaii, September 7, 2006.

/s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
HARVE DEAN DAMO

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certify that a true and exact copy of the foregoing document was electronically filed to the following on September 7, 2006:

    LORETTA A. SHEEHAN
    Assistant United States Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii   96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA


    KEVIN TERUYA                                   **[Hand-Delivered]**
    U.S. Probation Officer
    U.S. Courthouse
    300 Ala Moana Boulevard, Room C-126
    Honolulu, Hawaii   96813

DATED:   Honolulu, Hawaii, September 7, 2006.


    /s/ Christina Fuller
    CHRISTINA FULLER
    Legal Secretary to
    PAMELA J. BYRNE
    Attorney for Defendant
    HARVEY DEAN DAMO