AO 2455   (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER:   1:05CR00383-001 DAE           Judgment - Page 2 of 6
DEFENDANT:     HARVEY DEAN DAMO


cc'd Financial

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>22 MONTHS</u>

This term consists of TWENTY-TWO(22) MONTHS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently

[✓]   The court makes the following recommendations to the Bureau of Prisons:
       Sheridan, OR.  Educational and Vocational training.  Drug treatment.  Mental health treatment.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[✓]   The defendant shall surrender for service of sentence at the institution designated
       [✓] before 2:00pm, local time  on 11/27/2006.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 26 2007

at <u>1</u> o'clock and <u>40</u> min. <u>P</u> M
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

v/s to FPC, Sheridan, Oregon on 11-27-06

Defendant delivered on <u>1-4-07</u>  to <u>FPC, Sheridan</u>
at <u>Sheridan, Oregon</u>, with a certified copy of this judgment.

Charles A. Daniels
~~UNITED STATES MARSHAL~~ Warden

By Dove K Proctor, LTE
   Deputy U.S. Marshal